

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00499-CV

**IN THE ESTATE OF LOUIS S. BERNAL**, deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-PC-0983
Honorable Kelly Cross, Judge Presiding

# O R D E R

The Appellee's Second Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on November 16, 2015. No further extension will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court